F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
E-mail: jlujan@nevadafirm.com
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:    702/791-0308

*Attorneys for Defendants The Croix Townhomes LLC;*
*Gaines Investment Trust;*
*Donald B. Gaines, Co-Trustee of the Gaines Investment Trust;*
*and Lizbeth Estrada*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ALEXANDER, an individual; and ALMA ALEXANDER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CROIX TOWNHOMES LLC, a Nevada limited liability company; GAINES INVESTMENT TRUST, a limited liability company; DONALD B. GAINES, CO TRUSTEE of the GAINES INVESTMENT TRUST; PAM GAINES, CO-TRUSTEE of the GAINES INVESTMENT TRUST; LIZBETH ESTRADA, an individual; DOE INDIVIDUALS I through X; and ROE BUSINESS ENTITIES I through X, inclusive.<br><br>Defendants. | CASE NO.:    2:22-cv-02051-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE FED. R. CIV. P. 12(b) RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Defendants The Croix Townhomes LLC ("Croix"), Gaines Investment Trust ("The Trust" or "Gaines"),[1] Donald B. Gaines, Co-Trustee of the Gaines Investment Trust ("D. Gaines"), and Lizbeth Estrada ("Estrada") (collectively, "Defendants"), by and through the law firm of Holley

---

[1] The Trust is improperly named directly (as opposed to through its trustee) and is misidentified as a limited liability company. The Trust reserves all rights with respect to these deficiencies. Additionally, Defendant Pam Gaines, sued in her capacity as Co-Trustee of the Gaines Investment Trust, died in December 2019. As such, she is an improperly named defendant in this action and Defendants have filed a suggestion of death as to Pam Gaines accordingly. *See* (ECF No. 6).

- 1 -

Driggs, and Plaintiffs Kevin Alexander and Alma Alexander (together, "Plaintiffs"), by and through the law firm of Alexis Brown Law, Chtd., hereby STIPULATE and agree as follows:

1.      The parties agree to extend the deadline for Defendants' to file their responsive pleading by two weeks, to January 23, 2023. This is the parties' first request to extend this deadline, and this stipulation is not meant to cause undue delay. *See* LR-IA 6-1(a).

2.      The reason for the extension is to allow Defendants' counsel the time needed to confer with their clients and gather the information required to respond to Plaintiffs' Complaint. Holiday plans and travel impeded counsel's ability to obtain the information necessary to respond to Plaintiffs' Complaint by the current deadline of January 9, 2023. *See* LR-IA 6-1(a).

3.      This action was filed in state court on November 9, 2022, and was removed by Defendants exactly 30 days later, on December 9, 2022. *See* (ECF No. 1). Defendants waived service of process under Fed. R. Civ. P. 4(d), which resulted in the current deadline of January 9, 2023, for Defendants to file a responsive pleading under Fed. R. Civ. P. 12.

4.      Given that Defendants agreed to waive service and swiftly removed to federal court, good cause exists to grant this two week extension, which will not cause undue delay in this matter.

IT IS SO STIPULATED.

DATED this 4th day of January, 2023.

**HOLLEY DRIGGS**

/s/ Jessica M. Lujan
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Defendants The Croix*
*Townhomes LLC;Gaines Investment Trust;*
*Donald B. Gaines, Co-Trustee of the Gaines*
*Investment Trust; and Lizbeth Estrada*

DATED this 4th day of January, 2023.

**ALEXIS BROWN LAW, CHTD.**

/s/ Alexis L. Brown
ALEXIS L. BROWN, ESQ.
Nevada Bar No. 12338
725 S. 8th St., Suite 200
Las Vegas, Nevada 89101

*Attorney for Plaintiffs*

/ / /

/ / /

- 2 -

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:  January 4, 2023