ALEXIS BROWN LAW. CHTD.
Alexis L. Brown (No. 12338)
725 S. 8th St., Suite 200
Las Vegas, Nevada 89101
Tel: (702) 848-8806
Fax: (702) 551-1251
alexis@alexisbrownlaw.com
Attorney for Plaintiffs

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ALEXANDER, an individual; and ALMA ALEXANDER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CROIX TOWNHOMES LLC, a Nevada limited liability company; GAINES INVESTMENT TRUST, a limited liability company; DONALD B. GAINES, CO-TRUSTEE of the GAINES INVESTMENT TRUST; PAM GAINES, CO-TRUSTEE of the GAINES INVESTMENT TRUST; LIZBETH ESTRADA an individual; DOE INDIVIDUALS I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02051-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE TO MOTION TO DISMISS (ECF 17)**<br><br>**(FIRST REQUEST)** |

Plaintiffs Kevin Alexander and Alma Alexander, by and through the law firm Alexis Brown Law, Chtd. and Defendants The Croix Townhomes LLC, Gaines Investment Trust, Donald B. Gaines, Co-Trustee of the Gaines Investment Trust, and Lizbeth Estrada, by and through the law firm of Holley Driggs hereby STIPULATE and agree as follows pursuant to LR-IA 6-1(a):

1. A Special Motion to Dismiss Pursuant to Nev. Rev. Stat. § 41.660 (ANTI-SLAPP) (ECF 17) (the "Motion to Dismiss") was filed on January 23, 2023, making the Plaintiffs' response due February 6, 2023.

2. Illness is impeding counsel's ability to respond to the Motion to Dismiss by the current deadline of February 6, 2023.

3. The parties agree to extend the deadline for the Plaintiffs to respond to the Motion to Dismiss by one week, to February 13, 2023.



1

4. This is the parties' first request to extend this deadline, and this stipulation is not meant to cause undue delay.

5. The parties respectfully submit that good cause exists to grant this one-week extension for the Plaintiffs to respond to the Motion to Dismiss, which will not cause undue delay in this matter.

IT IS SO STIPULATED.

DATED:  2/3/2023

ALEXIS BROWN LAW, CHTD.

By: */s/ Alexis L. Brown*
  Alexis L. Brown (No. 12338)

Attorney for Plaintiffs

DATED:  2/2/2023

HOLLEY DRIGGS

By: */s/ Jessica M. Lujan*
  F. Thomas Edwards (No. 9549)
  Jessica M. Lujan (No. 14913)

Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 3, 2023

