F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
E-mail: jlujan@nevadafirm.com
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:   702/791-0308

*Attorneys for Defendants The Croix Townhomes LLC;*
*Donald B. Gaines, Co-Trustee of the Gaines Investment Trust;*
*and Lizbeth Estrada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN ALEXANDER, an individual; and ALMA ALEXANDER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> THE CROIX TOWNHOMES LLC, a Nevada limited liability company; GAINES INVESTMENT TRUST, a limited liability company; DONALD B. GAINES, CO TRUSTEE of the GAINES INVESTMENT TRUST; PAM GAINES, CO-TRUSTEE of the GAINES INVESTMENT TRUST; LIZBETH ESTRADA, an individual; DOE INDIVIDUALS I through X; and ROE BUSINESS ENTITIES I through X, inclusive. <br><br> Defendants. | CASE NO.:   2:22-cv-02051-CDS-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF ANTI-SLAPP MOTION TO DISMISS (ECF NO. 17)** <br><br> **(FIRST REQUEST)** |

      Defendants The Croix Townhomes LLC ("Croix"), Donald B. Gaines, Co-Trustee of the Gaines Investment Trust ("D. Gaines"), and Lizbeth Estrada ("Estrada") (collectively, "Defendants"), by and through the law firm of Holley Driggs, and Plaintiffs Kevin Alexander and Alma Alexander (together, "Plaintiffs"), by and through the law firm of Alexis Brown Law, Chtd., hereby STIPULATE and agree as follows pursuant to LR-IA 6-1:

      1.      The parties agree to extend the deadline for Defendants to file their reply in support of their anti-SLAPP motion to dismiss (ECF No. 17) by two weeks, to March 7, 2023. This is the

parties' first request to extend this deadline, and this stipulation is not meant to cause undue delay. *See* LR-IA 6-1(a).

2. The reason for the extension is to accommodate scheduling issues for counsel for Defendants and to ensure anti-SLAPP issues are adequately briefed for the Court.

3. The parties respectfully submit that good cause exists to grant this two-week extension for Defendants to file their reply in support of the anti-SLAPP motion to dismiss (ECF No. 17).

IT IS SO STIPULATED.

DATED this 17th day of February 2023.

**HOLLEY DRIGGS**

/s/ *Jessica M. Lujan*
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Defendants The Croix Townhomes LLC; Donald B. Gaines, Co-Trustee of the Gaines Investment Trust; and Lizbeth Estrada*

DATED this 17th day of February 2023.

**ALEXIS BROWN LAW, CHTD.**

/s/ *Alexis L. Brown*
ALEXIS L. BROWN, ESQ.
Nevada Bar No. 12338
725 S. 8th St., Suite 200
Las Vegas, Nevada 89101

*Attorney for Plaintiffs*

## ORDER

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: February 21, 2023