UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN ALEXANDER, an individual; and ALMA ALEXANDER, an individual, | Case No. 2:22-cv-02051-CDS-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| THE CROIX TOWNHOMES LLC, a Nevada limited liability company; GAINES INVESTMENT TRUST, a limited liability company; DONALD B. GAINES, CO TRUSTEE of the GAINES INVESTMENT TRUST; PAM GAINES, CO-TRUSTEE of the GAINES INVESTMENT TRUST; LIZABETH ESTRADA, an individual; DOE INDIVIDUALS I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Pending before the Court is the Motion for Order Permitting Withdrawal as Counsel for Plaintiffs and for Further Relief on an Order Shortening Time. ECF No. 27. The Court has reviewed the Motion and notes discovery is stayed in the matter pending the outcome of a recently fully briefed Motion to Dismiss. There are no hearings or deadlines otherwise calendared. Counsel for Plaintiffs states personal health reasons prevents continued representation of Plaintiffs, Plaintiffs are aware of Counsel's need to withdraw, Plaintiffs were provided a copy of their file, and Counsel has taken all steps reasonably appropriate to protect Plaintiffs' interest prior to filing the instant Motion.

Accordingly, and based on the foregoing, IT IS HEREBY ORDERED that the Motion for Order Permitting Withdrawal as Counsel for Plaintiffs and for Further Relief on an Order Shortening Time (ECF No. 27) is GRANTED.

Dated this 10th day of March, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1